Rev. 3/19

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

__Bryan Johnathan Parent 95874__
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

__ALTA LANGDAN__

__JOSE BRIONES__

*Defendant's/defendants' full name(s)*

Defendant(s).

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

Case No. __2:22-cv-01279-DGE-TLF__
(leave blank – for court staff only)

**AMENDED
PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?
☒ Yes
☐ No

FILED
RECEIVED

DEC 05 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

Page 1 of 9

3.  Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.  Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

| Do not include: | Instead, use: |
| --- | --- |
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5.  You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

## I. PLAINTIFF INFORMATION

Name (Last, First, MI): PARENT BRYAN JOHNATHAN

Aliases/Former Names:

Prisoner ID #: 95874

Place of Detention: ISLAND County CORRECTIONAL FACILITY

Institutional Address: P.O. Box 5000

County, City: COUPEVILLE    State: W.A.    Zip Code: 98239

*Indicate your status:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: LANGDAN ALTA
Name (Last, First)

MEDICAL DIRECTOR
Current Job Title

P.O. Box 5000
Current Work Address

COUPEVILLE      WA      98239
County, City    State   Zip Code

Defendant 2: BRIONES JOSE
Name (Last, First)

CHIEF & JAIL ADMINISTRATION
Current Job Title

P.O. Box 5000
Current Work Address

COUPEVILLE      WA      98239
County, City    State   Zip Code

Defendant 3:
Name (Last, First)

Current Job Title

Current Work Address

County, City    State   Zip Code

### III.   STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 FOURTEENTH AMENDMENT INADEQUATE MEDICAL CARE

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 ON OCTOBER 27TH 2021 I WAS ARRESTED AND BOOKED INTO THE ISLAND COUNTY JAIL, HAVING STARTED AND BEEN ON THE SUBOXONE PROGRAM WITH IDEAL OPTIONS FOR ABOUT A YEAR. BEFORE

MY ARREST. I PICKED UP MY SUBOXONE PRESCRIPTION FROM SAFEWAY, AS I WAS BOOKED INTO JAIL I LET THEM KNOW I HAD A PRESCRIPTION FOR MY MEDS. ALTA DENIED MY MEDICATION STATING ON A MED REQUEST FORM DATED 11-13-21 THE JAIL PROVIDER DOES NOT CONTINUE SUBOXONE WHILE YOU ARE INCARCERATED FROM THE 27TH of OCT 2021 I WAS DENIED MY MEDICATION AND THEY WOULD NOT TREAT ME SO I CALLED MY ATTORNY THEY TRANSPORTED ME TO SKAGIT COUNTY JAIL IN LESS THAN A WEEK THEY RESTARTED ME ON MY MEDS. ALTA DURING A MEETING TOLD ME THAT JAIL AND PRISON SYSTEMS DONT CONTINUE SUBOXONE I HAVE BEEN ON THE M.A.T PROGRAM IN JAIL BEFORE I KNOW SHE LIED AND DISCRIMINATED ME AND I HAVE MY MEDICAL RECORDS to PROVE I MY CLAIM

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

I DONT JUST USE SUBOXONE FOR SUBSTANCE ABUSE BACK GROUND NOV DEC JAN 2020 I WAS ADMITTED to THE HARBORVIEW PSYCHIATRIC WARD FOR SUICIDAL IDEATION. THEY STARTED ME ON METHADONE THEN SUBOXONE FOR MY MENTAL HEALTH

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 _____

_____

*State the <u>facts</u> of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 _____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

_____

_____

_____

_____

_____

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 _____

_____

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

_____

_____

_____

## IV.   RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

PUNITIVE DAMAGE THREE HUNDRED MILLION DOLLARS $300. MILLION

## V.   SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

12-2-22
Dated

Bryon Parrak
Plaintiff's Signature

