(1)

CASE

BRIEF

DEFENDANT/RESPONDANT PROSE

UNITED STATES DISTRICT COURT WEST DIV

to WHOM It MAY CONCERN

FEB 15 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY                    DEPUTY
FILED    LODGED    RECEIVED

I HAVE INCLUDED My MEDICAL RECORD, ALONG, WITH OTHER DOCUMENT THAT WILL SHOW (INADIQUIT) OR MEDICAL MALPRACTICE UNDER the 14 ADMENDMENT. It LIKE I WAS AND STILL A HEAVY DISCRIMINATION BY ME the M.A.T SUBOXONE PROGRAM HAS BEEN IN the DEPARTMENT OF CORRECTIONS FOR FOUR YEARS AS IDEAL OPTION CLIENT AND MEMBER. My MENTAL HEALTH, AND SUBSTANCE ABUSE treatment, STARTED, At HARBOR VIEW MEDICAL CENTER AROUND NOVEMBER 2020. I WAS ADMITTED FOR SUICIDAL IDEATIONS IN the PHYSC WARD INPATIENT FOR up to 90 DAYS. WHEN I SPOKE to MENTAL HEALTH I told THEM HOW MENTAL HEALTH MED'S DING ME OUT to MUCH AND THAT I WAS NOT PRODUCTIVE, AS I EXPLAINED THAT METHADONE WORKED VERY WELL FOR MY MENTAL HEALTH AND My SUBSTANCE ABUSE ISSUES So THEY STARTED ME ON A SMALL DOSE ENDING up ON SUBOXONE AS THEY HAD MORE ACCES to CLINIC'S THAN METHADONE. the SUBOXONE PROGRAM SAVES MANY LIVES. ALTA LANGDON told ME THAT OTHER JAILS AND the PRISON SYSTEM DO NOT CONTINUE SUBOXONE OR EVEN THAT THEY DONT HAVE M.A.T. I HAVE BEEN to PRISON A NUMBER OF TIMES AND OF COURSE THEY FOLLOW D.O.C POLICY AS WELL AS OTHER JAILS AS A CLIENT I HAVE BEEN ON OTHER

② DEFENDANT/ RESPONDENT UNITED
PRO SE STATES
DISTRICT
COURT
WEST DIV

M.A.t PROGRAMS. ONE OF WHICH WAS AT THE REGIONAL
JUSTICE CENTER IN KENT. NEXT to SEATTLE. I HAVE
INCLUDED the JAIL POLICY FROM MY RULE BOOK THAT
STATES IF I HAVE A BOTTLE OF ANY type of
PRESCRIPTION MEDICATION AND the AMOUNT STILL
PRESENT MEETS POLICY THAT THEY WOULD DISPENSE PER
MEDICAL PROCEDURE I HAD A BOTTLE the DAY I WAS
ARRESTED I FIT the NORMAL STANDARD MEDICATION
POLICY. THERE WAS NO REASON to DENIE MY MEDICATION.
LET ALONE THAT IT BE MY SUBOXONE ALTA SINGLES ME
out. JUSTIN COLESON WAS VERY SICK I WITNESED
ALTA DENIE HIM TREATMENT AS HE WAS to the POINT
OF PUKING NEARLY HE NEEDED SUBOXONE AND ALTA
told HIM HE WOULD HAVE to SUFFER. MANY INMATES
WERE DENIED. I COULD NOT EVEN GET BASIC MEDICAL
TREATMENT WHEN ALTA LANGDAN DENIED MY MEDICATION
I CALLED MY ATTORNEY SHORTLY AFTER I WAS TRANS
to SKAGIT COUNTY JAIL NOV(23/24) 2021 WITHIN
WEEK I WAS PUT BACK ON MY MEDICATION SUBOXONE
I CE ISLAND COUNTY WAS NOT FOLLOWING D.O.C.
I/ THEY DID NOT BRING ME BACK UNTIL FEB MARCH
DURRING MY STAY AT SKAGIT I SAW A MENTAL
ORO FOR MY ANXIETY ISSUE I STILL HAVE. THAT
HEALTH PROVIDER PRESCRIBE AN ANXIETY MED
MY / NOT HYDROXINE THE DAY I WAS BROUGHT

(3)

CASE No: 2:22-cv-01279-DLF-LF

DEFENDANT/RESPONDANT
PROSE

UNITED STATES
DISTRICT
COURT
WEST DIV

BACK ALTA CUT ME OFF AND LATER SAID HYDROXINE WAS THE SAME MEDICATION, OF COURSE THATS NOT THE TRUTH. MY MEDICAL RECORD SHOULD REFLECT. ALL THIS INFO. I STILL HAVE A VERY DIFFICULT TIME WITH MY SUBOXONE ANYTIME I TRY TO BRING IT UP, AS I AM STILL TRYING TO FIND THE HAPPY MEDIUM WITH MY LEVEL OF DOSE I AM CURRENTLY ON 24 MILLS I CANT ASK TO GET IT RAISED ALTA KEEPS SAYING THERE IS A MAX DOSE FIRST SHE SAID IT WAS 16 MILLS THEN I FAUGHT AND IT WAS RAISED TO 24 MILLS WICH SHE SAID IS THE MAX DOSE. THE PROGRAM IS BASED ON PERSONAL NEED. AT THE CLINIC ALL I GOTTA DO IS ASK AND THEY GO THROUGH NORMAL PROCEDURES AND RAISE IT HERE ALTA CLAIMS I AM JUST TRYING TO GET HIGH. OR THREATENS TO CUT ME OFF THE PROGRAM. JOSE BRIONES IS FULLY RESPONSIBLE FOR HER CONDUCT. IN JAIL AND IN PRISON APPLE MEDICAL INSURANCE COVERS ALL MEDICAL BILLS AN INMATE INCURES. THIS IS WHY I HAVE SENT THE OTHER EVIDENCE THAT JOSE BRIONES IS BREAKING THE LAW

SINCERELY

ANGEL
LEE

BRYAN PARENT

## Patient Information and Consent to Treatment with Buprenorphine/Naloxone

Buprenorphine is an FDA approved medication for treatment of people with opioid addiction. Buprenorphine can be used for detoxification or for maintenance therapy. Maintenance therapy can continue if medically necessary. There are other treatments for opiate addiction, including methadone, naltrexone, and some treatments without medications that include counseling, groups, and meetings.

If you are dependent on opiates - any opiates - **you should be in as much withdrawal as possible when you take the first dose of buprenorphine. If you are not in withdrawal, buprenorphine can cause severe and rapid opiate withdrawal.** You should not drive or operate machinery until you know how buprenorphine affects you.

Some patients find that it takes several days to get used to the transition from the opiate they had been using to buprenorphine. After you become stabilized on buprenorphine, it is expected that other opiates will have less effect. Attempts to override the buprenorphine by taking more opiates could result in an opiate overdose. You should not take any other medication without discussing it with your medical practitioner first.

**Combining buprenorphine with alcohol or other sedating or tranquilizer medications is dangerous.** The combination of buprenorphine with benzodiazepines (such as Valium®, Librium®, Ativan®, Xanax®, Klonopin®, etc.) has resulted in deaths. You must agree not to take such medications without discussing this with your doctor.

Although buprenorphine given under the tongue has not been shown to be liver-damaging (except when people take very large amounts of buprenorphine or sometimes, if Hepatitis C is present), your doctor will monitor your liver tests while you are taking buprenorphine. (This is a blood test.)

The form of buprenorphine will change from time to time. Sometimes you may receive Suboxone® which is a combination of buprenorphine with a short-acting opiate blocker (naloxone) in a 4 to 1 ratio (4 mg of buprenorphine to 1 mg naloxone). **It will maintain physical dependence**, and if you discontinue it suddenly, you will likely experience withdrawal symptoms. If you are not already dependent, taking buprenorphine will lead to physical dependence.

Buprenorphine tablets or strips must be held under the tongue until dissolved completely. **It is important not to talk and to swallow as little as possible until the medication dissolves.** This takes up to ten minutes. Buprenorphine is poorly absorbed from the stomach. **If you swallow the tablet, you will not have the important benefits of the medication, and it may not relieve your withdrawal.**

If you are transferring to buprenorphine from methadone maintenance or illicit fentanyl use. There must be **a severe withdrawal or at least 72 hours from your last use before you are given** your first dose of buprenorphine. You will be monitored for clear signs of withdrawal, and you will not be given buprenorphine until you are in withdrawal.

Release from jail increases your risk of overdose. When you haven't used substances, even for a short period of time, your body cannot tolerate the same amount previously used. The same amount of drug could become toxic and life-threatening. It is unsafe to begin using opiates in your usual pattern following release from jail, and this is a good time to seek treatment.
Symptoms of overdose include shallow breathing, confusion, extreme fatigue, decreased body temperature, slow heart rate, small pupils, or low blood pressure. Death occurs if a person stops breathing.

Immediate administration of naloxone can reverse the effects of overdose in some cases and save lives. Naloxone is not designed as an alternative to drug treatment. Naloxone is not addictive and won't cause harm if administered. It may precipitate withdrawal symptoms, but at the same time save your life. More information about naloxone can be found at www.stopoverdose.org

Upon release from jail, you will be given a naloxone nasal spray kit which contains 2 sprays. Instructions are contained in the box, but you will receive training on this while incarcerated as well.

YOU WILL BE VIDEO MONITORED WHILE IN THE PROGRAM. IF YOU ATTEMPT TO DIVERT BUPRENORPHINE OR MISUSE IN ANY WAY, YOU WILL BE IMMEDIATELY REMOVED FROM THE PROGRAM.

I have read and understood these details about buprenorphine treatment and overdose prevention. I have had my questions about buprenorphine and treatments for opioid addiction answered. I wish to be treated with buprenorphine for opioid use disorder and understand the purpose and how to use nasal naloxone.

Signature:_____ Printed Name:_____ Date:_____

Parent
(G)

DEFENDANT RESPONDANT, BRIEF
PROSE

UNITED
STATES
DISTRICT
COURT
WEST
DIV

FOR SOME UNKNOWN REASON ALTA LANGDON
AND JOSE BRIONES. DENIED My VALID SUBOXONE
PRESCRIPTION, I FELT I WAS HEAVELY ~~DESCRIM~~
DISCRIMINATED AGAINST, My RECORD WILL SHOW
THAT I COULD NOT EVEN get BASIC MEDICAL
TREATMENT, AS they cut Me off, I HAVE INC
the RULE Book WICH SHOWS I FIT the BASIC
MEDICATION POLICY FOR PRESCRIPTION Med's, WITH
out the JAIL PROVIDER VIOLATING the M.A.t
PROGRAM THE PROVIDER WOULD NOT EVEN HELP ME
WITH My WITHDRAW Symptoms. ♦ ALTA LANGDON
ALSO DENIED MANY OTHER INMATES AS I WAS NOT
THE ONLY ONE, WHILE I WAS At Skagit county I
SAW A MENTAL HEALTH Doctor FOR ANXIETY AND
SHE PRESCRIBED VISTAREEL THE DAY AFTER I WAS
BrOUGHT BACK SHE DISCONTINUED MY ANXIETY MED
AND SAID THE HYDROXINE THAT THE JAIL WAS
GIVING ME WAS THE SAME MEDICATION, THEY ARE
not the SAME MEDICATION. I HAVE HAD A VERY
DIFFICULT TIME HERE AT THIS JAIL, JOSE BRIONES
SAys that this JAIL IS A COST RECOVERY JAIL HOW
EVER I CAN PROVE that My MEDICAL INSURANCE
COVErs ANY MEDICAL TREATMENT BY THE LAW. that's
WHY I HAVE SENT the XTRA EVIDENCE, I REALLY
HOPE THAT WE CAN SETTLE THIS LAWSUIT

OVER →

WITHout to much of A problem, Just so
the Court knows   IM Sending A packet of
Evidence to Fox CHANNEL 13 News

SINCERELY

ANGEL                    BRYAN pARENt
    LEE

RESPONDENT ROSE +

# ISLAND COUNTY SHERIFF'S OFFICE

**Sheriff**
**Rick Felici**

**Chief Criminal Deputy**
**Evan Tingstad**



**Chief Civil Deputy**
**Lorene Norris**

**Chief Jail Administrator**
**Jose Briones**

| PROFESSIONALISM | SERVICE | ACCOUNTABILITY |
|---|---|---|

Date:      2/4/2023
To:         Parent, Bryan J.
From:     Sgt D.J. Piechowski
Subject:  Response for the Speak to Supervisor Request dated 2/3/23
Cc:         Inmate Medical Staff

Narrative:

Inmate Parent,

You state there is no M.A.T. information posted in the units. You ask for me to provide you with the information.

This I will answer below:

The M.A.T. Program in the Island County Jail is managed by the facilities medical department. I do not comment on the program. I have been informed by the medical staff you have received all the information regarding Suboxone on August 5, 2022.

If you have further questions, please direct them to the Island County Jail's nursing staff.

Sgt. D. J. Piechowski
Island County Sheriff's Office
Corrections Division
503 N. Main
Coupeville, WA 98239

FILED
MAIL
RECEIVED

FEB 15 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

P.S. THERE IS NO INFoRMation posTED ABout M.A.t IN the UNIt's LIke At OtHER FACiLIty's, tHERe IS ABout A FIVE pAGE MEMo. thats Supposeo to Be posteo. I AM Stiu t2y Iny to get SINCERELY BRYAN PARENT # !!!

# Memorandum

Effective immediately, we will no longer be accepting over the counter medications, lotions, or other products from family members or friends-- in person or sent through mail. These items can be purchased and sent directly from a vendor with prior approval through medical only.

If you do not have money on your books, you will no longer be able to purchase medications through our pharmacy, unless they are life-saving medications deemed necessary through the jail medical provider.

If you currently have your own supply of Melatonin that was brought in by a family member, you will be able to finish that medication. No new bottles will be accepted. If you currently are taking Melatonin purchased from our pharmacy, you will be able to finish your supply. No new Melatonin will be ordered unless you have money on your books.

Lastly, all creams, lotions, ointments, and over the counter medications requested from the med cart will be charged $1 per item, per request, if you do not have an order from the jail provider for that item.

Thank you,
Chief Jose Briones
Island County Sheriffs Office

#1214
11-10-21

FILED
LODGED
RECEIVED        MAIL

FEB 1 5 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY
BY

CASE NO
2:22 – CV – 01279 – DGE – TLF

**ISLAND COUNTY JAIL**

**BOOKING**

Name: Parent

NAME NUMBER: 95874    Commissary Balance: $0.23

Location: C

Balance as of:

DEFENDANT / RESPONDANT PRO SE

## 1-Hygiene

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | _____ | 4OZ SHAMPOO | $1.21 | 424 | _____ | MOISTURIZING SOAP 5 OZ | $1.46 |
| 2 | _____ | 4OZ CONDITIONER | $1.21 | 447 | _____ | COOL WAVE FLOURIDE TP | $2.41 |
| 50 | _____ | HAIRDRESS 5 OZ | $4.25 | 500 | _____ | 8-OZ MOUTHWASH_ORAL HEALTH RINSE | $2.26 |
| 102 | _____ | P-UP A/P DEODORANT FORCE | $3.05 | 562 | _____ | TOOTHBRUSH 4 INCH HANDLE | $0.20 |
| 107 | _____ | P-UP DRIVE DEODORANT | $2.65 | 580 | _____ | TOOTHBRUSH HOLDER | $0.55 |
| 200 | _____ | 4OZ BABY POWDER | $1.60 | 583 | _____ | IBUPROFEN_2 PK | $0.27 |
| 214 | _____ | COCOA & SHEA COND LOTION | $3.46 | 614 | _____ | GEN TYLENOL(NON-ASPIRIN) | $0.27 |
| 215 | _____ | COCOA BUTTER LOTION 4OZ | $3.25 | 671 | _____ | GEN CGH DROPS-CHRY 30/CT | $1.75 |
| 251 | _____ | GEN TINACTIN(TOLNAFT CRM) | $2.20 | 706 | _____ | CONTACT LENS CASE | $0.48 |
| 261 | _____ | HYDRATING COND ALMD/SHEA | $2.45 | 815 | _____ | HW MILITARY BRUSH_NO HANDLE | $2.12 |
| 273 | _____ | LIP BALM | $1.21 | 825 | _____ | SMALL AFRO PIK | $0.42 |
| 331 | _____ | PRO-TECTION SHAVE CREAM | $2.63 | 855 | _____ | PONYTAIL HOLDER | $0.27 |

## 2-Miscellaneous

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 490 | _____ | SOAP DISH | $0.76 | 1109 | _____ | FRIENDSHIP CARD - PAPER | $1.30 |
| 595 | _____ | 2.5OZ EFFERGRIP | $9.35 | 1121 | _____ | SEASONAL GREETING CARD | $1.30 |
| 642 | _____ | (1-ROLL) ROLAIDS | $1.65 | 1300 | _____ | AVIATOR PLAYING CARDS | $3.20 |
| 1001 | _____ | LARGE STAMPED ENVELOPE | $0.88 | 1305 | _____ | PINOCHLE CARDS | $3.00 |
| 1010 | _____ | #10 WHITE ENVELOPE | $0.18 | 1399 | _____ | GEN_BOWL W/ID_24 OZ | $0.65 |
| 1050 | _____ | BOOK OF TEN STAMPS | $5.80 | 1430 | _____ | WASHCLOTH WHITE | $0.60 |
| 1060 | _____ | 8.5 X 11 LETTER PAD WHT | $1.75 | 5273 | _____ | 1.25 READING GLASSES | $8.00 |
| 1070 | _____ | SKETCH PAD 8.5 X 11 WHITE | $1.76 | 5274 | _____ | 1.50 READING GLASSES | $8.00 |
| 1075 | _____ | PENCIL (GOLF TYPE) | $0.12 | 5275 | _____ | 1.75 READING GLASSES | $8.00 |
| 1080 | _____ | COLORED PENCILS | $3.95 | 5276 | _____ | READING GLASSES 2.0 | $8.48 |
| 1085 | _____ | BEVELED ERASER | $0.80 | 5277 | _____ | 2.25 READING GLASSES | $8.00 |
| 1086 | _____ | POCKET DICTIONARY II | $3.95 | 5280 | _____ | 3.00 READING GLASSES | $8.48 |
| 1103 | _____ | BIRTHDAY CARD | $1.30 | 5282 | _____ | 1.0 READING GLASSES | $8.00 |

## 3-Candy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2725 | _____ | FROSTED BROWN SUGAR CINNAMON POP TARTS | $0.75 | 4010 | _____ | SNICKERS BAR | $1.75 |
| 3010 | _____ | ZC SOFT CHOC CHIP COOKIES | $1.01 | 4013 | _____ | MILKY WAY CANDY BAR | $1.75 |
| 3015 | _____ | SOFT OATMEAL RAISIN COOKI | $1.01 | 4019 | _____ | CHICK O STICK | $2.20 |
| 3030 | _____ | ZC VNILLA CRM COOKIES 6OZ | $1.80 | 4031 | _____ | TWIX BAR | $1.75 |
| 3033 | _____ | ZC PEANUT BUTTR CRMS 14OZ | $1.75 | 4035 | _____ | REESES P/BUTTER CUP | $1.75 |
| 3035 | _____ | ZC CHOC CHIP COOKIES 6OZ | $1.80 | 4036 | _____ | HERSHEY'S CHOCOLATE BAR | $1.75 |
| 3040 | _____ | ZC ICED OATML COOKIES 6OZ | $1.80 | 4040 | _____ | SKITTLES | $1.75 |
| 3045 | _____ | ZC DUPLEX CREMES 6OZ | $1.80 | 4044 | _____ | POWDERED SUGAR DONETTE | $1.91 |
| 3110 | _____ | CLUB CRACKERS | $2.95 | 4100 | _____ | BUTTERSCOTCH DISCS | $1.50 |
| 3115 | _____ | CHEEZ ITS CRACKERS 1.5OZ | $0.95 | 4103 | _____ | BIT O HONEY | $1.45 |
| 3193 | _____ | 2/PK FRSTD STRWBRY POPTAR | $1.40 | 4110 | _____ | LEMON DROPS | $1.55 |
| 3205 | _____ | CHOCOLATE MARSHMALLOW PIE* | $1.15 | 4115 | _____ | RED LICORICE BITES | $1.55 |
| 3219 | _____ | CHEESE ON CHEESE SANDWICH CRACKERS | $0.85 | 4120 | _____ | ROOTBEER BARRELS | $1.45 |
| 3222 | _____ | TOASTED PEANUT BUTTER CRACKERS | $0.65 | 4121 | _____ | JELLY BEANS | $1.50 |
| 3223 | _____ | PEANUT BUTTER ON CHEESE CRACKERS | $0.65 | 4145 | _____ | STARLITE MINTS 3.75OZ | $1.50 |
| 3236 | _____ | (EA) ZC SWISS ROLLS | $0.75 | 4150 | _____ | SOUR FRUIT BALLS 4.25OZ | $1.50 |
| 3261 | _____ | ZC MEGA BUNEEZ | $1.80 | 4154 | _____ | ORANGE SLICES 5.7 OZ | $0.85 |
| 3274 | _____ | ZC MONSTER ICED BUNEEZ | $1.55 | 4155 | _____ | SUGAR FREE WILD FRUIT 1.7 | $0.65 |
| 3309 | _____ | RICE KRISPIE TREATS 1.3OZ | $1.20 | 4160 | _____ | TOOTSIE ROLLS | $1.30 |
| 4001 | _____ | M&M PEANUT | $1.75 | | | | |

## 4-Beverages

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2011 | _____ | FD DECAF COL COFFEE 3OZ | $4.75 | 2082 | _____ | S.S. CREAMER | $0.10 |
| | | | $2.17 | 2310 | _____ | N/S S.S FRUIT PNCH | $0.45 |
| 2070 | _____ | S.S. HOT COCOA | $0.60 | 2115 | _____ | N/S SS BLACK CHRY | $0.45 |

## 5-Chips and Snacks

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2437 | _____ | (EA) ORIGINAL INST OATMEAL | $0.66 | 6102 | _____ | 1.5OZ STUPD JALP CHIPS | $1.30 |
| 2438 | _____ | (EA) MAPLE & BROWN SUGAR INST OATMEAL | $0.66 | 6105 | _____ | BBQ POTATO CHIPS | $1.30 |
| 2584 | _____ | TUNA W/JALAPENOS IN WATER | $2.05 | 6106 | _____ | PRETZELS | $1.35 |

*Prices do not include sales tax.

## ISLAND COUNTY JAIL

### BOOKING

| Name: | | NAME NUMBER: | | Commissary Balance: | |
|---|---|---|---|---|---|
| Location: | | | | Balance as of: | |

### 5-Chips and Snacks

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2615 | _____ | BC REG SUMMER SAUSAGE | $1.40 | 6116 | _____ | CHEESE PUFFS | $1.30 |
| 2622 | _____ | BC HOT & SPICY 3-OZ SUMMER SAUSAGE | $2.25 | 6117 | _____ | CA CHEESE CRUNCHY | $3.00 |
| 2623 | _____ | BC REGULAR SUMMER SAUSAGE | $2.25 | 6125 | _____ | HOT CHIPS 1.5 OZ | $1.30 |
| 2664 | _____ | MACARONI & CHEESE 3 OZ | $1.60 | 6127 | _____ | HOT SPICY PORK RINDS | $2.46 |
| 2667 | _____ | SPICY CHEESY RICE 2 OZ | $1.19 | 6134 | _____ | ML CARAMEL POPCORN | $1.50 |
| 2669 | _____ | SPICY CHEESY REFRID BEANS | $1.60 | 6153 | _____ | CHIPS-BUFFALO WING BLUE CHS FLAVOR | $1.30 |
| 2726 | _____ | CINNAMON ROLL | $1.50 | 6154 | _____ | NACHO FLVR DORITOS | $1.30 |
| 2737 | _____ | CHILI CHEESE FRITOS 2OZ | $1.30 | 6159 | _____ | CHEETOS FLMN HOT 1.75-OZ | $1.30 |
| 2739 | _____ | CHILI CHS CORN CHIPS | $3.50 | 6166 | _____ | CA BBQ CORN CHIPS | $3.00 |
| 2757 | _____ | SWT&SLTY ALMND GRAN BAR | $1.40 | 6167 | _____ | CHEETOS 2-OZ | $1.30 |
| 2758 | _____ | GRANOLA BAR - CRUNCHY PEANUT BUTTER | $1.05 | 6172 | _____ | BC CHILI NO BEANS | $4.00 |
| 2759 | _____ | (EA)CRCHY OATS/HNY GRANLA | $1.05 | 6174 | _____ | BC HOT CHILI W/ BEANS | $4.00 |
| 3020 | _____ | OREO COOKIES | $1.45 | 6176 | _____ | BC BEEF STEW | $4.00 |
| 3336 | _____ | FROSTED SHREDDED WHEAT | $3.80 | 6189 | _____ | FC FISHSTKS/SPICY MUSTARD | $2.00 |
| 3342 | _____ | GVC RAISIN BRAN CEREAL | $3.80 | 6191 | _____ | FC SALMON FLAKES | $3.60 |
| 3357 | _____ | CINNAMON SQUARES | $3.80 | 6195 | _____ | PREMIUM CHICKEN BREAST | $4.50 |
| 3581 | _____ | BC SUMMER SAUSAGE_HOT & SPICY | $1.35 | 6208 | _____ | STUDENT SNACK MIX | $1.65 |
| 4000 | _____ | M&M PLAIN | $1.75 | 6213 | _____ | HEALTHY SNACK MIX | $1.50 |
| 4005 | _____ | BUTTERFINGER CANDY BAR | $1.75 | 6216 | _____ | HONEY ROASTED PEANUTS | $1.10 |
| 4056 | _____ | PEANUT BUTTER SQUEEZE POUCH | $1.45 | 6262 | _____ | MAYONNAISE 12PK | $1.50 |
| 4151 | _____ | ASSORTED NOW & LATER | $1.30 | 6296 | _____ | ORIG FLAVOR BEEF JERKY | $3.00 |
| 4314 | _____ | 2/PK BLUEBERRY POP TARTS | $1.50 | 6320 | _____ | BEEF & CHEESE STICK | $1.45 |
| 4418 | _____ | (PKT) KETCHUP | $0.15 | 6400 | _____ | (EA)CHWY CHOC CHIP GRANOL | $0.85 |
| 6000 | _____ | CHICKEN RAMEN | $1.00 | 6412 | _____ | GRAPE JELLY 1 OZ. | $0.30 |
| 6002 | _____ | BEEF RAMEN | $1.00 | 6428 | _____ | CA SHARP CHDR CHS SQUEEZE | $0.85 |
| 6003 | _____ | CAJUN SHRIMP | $1.00 | 6501 | _____ | PICKLE (MILD) | $1.55 |
| 6004 | _____ | TEXAS BEEF RAMEN | $1.00 | 6518 | _____ | PEPPER - SINGLE PACKET | $0.08 |
| 6005 | _____ | CHILI RAMEN | $1.00 | 6519 | _____ | SALT- SINGLE PACKET | $0.07 |
| 6007 | _____ | CAJUN CHICKEN RAMEN | $1.00 | 6540 | _____ | ZC STRAWBERRY CEREAL BAR | $0.80 |
| 6011 | _____ | HOT & SPICY VEG RAMEN | $1.00 | 6600 | _____ | FLOUR TORTILLAS | $1.59 |
| 6030 | _____ | CHICKEN INST. LUNCH | $1.00 | 6606 | _____ | SALTED PEANUTS 1.75 OZ | $0.69 |
| 6034 | _____ | HOT CAL/VEG.INST. LUNCH | $1.00 | 6610 | _____ | GV PLAIN BAGEL | $0.75 |
| 6100 | _____ | POTATO CHIPS | $1.30 | 6710 | _____ | SV CHILI FLRV BEANS&RICE | $1.60 |



CASE NO 2:22-CV-01279-DGE-TLF

## ISLAND COUNTY JAIL
## MEDICAL MEMO TO INMATE

Name: Bryan Parent

We received your kite/request and are responding as follows:
Our protochol for suboxene is to
Crush pill form & Buprenorphine & administer
this way. No sublingual Film available.

☑ The provider has reviewed your medication status and will not be making any changes.

☐ Your specific concern has been referred to Mental Health.

☐ Please provide the name and location of your PCP and/or pharmacy so we can verify your medications./review your history

☐ We recommend that you follow-up with your primary care provider/dentist to address your issue after your release from jail.

☐ We must prioritize all kites. Please re-kite with more specific information for our review and determination on how to proceed with your concern.

☐ Your issues are outside the scope of the medical office and has been referred to:
  ➤ Mental Health
  ➤ Detention Staff
  ➤ Other: _____

FILED
LODGED
RECEIVED

MAIL

FEB 15 2023

Staff Comments:
no strips used at this facility

AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Dwalter RN
Medical Staff/Medical Director

1-2-23
Date

D DEFENDANT/RESPONDENT PROSE

I HEREBY CERTIFY THAT ON THIS DATE
I FORWARDED THIS SET OF          2-11-23
DOCUMENTS TO ATTORNEY FOR
DEFENDANT'S ALTA LANGDAN, JOSE BRINNES

CAN YOU PLEASE          ATTORNEY JOHN. E JUSTICE
SEND BACK COPY'S        ATTORNEY AT LAW
AND CHARGE ME           2674 R.W JOHNSON RD.
THE JAIL DENIED         TUM WATER WA 98512
ME TO COPY ~~THIS~~

FILED
LODGED
RECEIVED          MAIL

FEB 15 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY



## ISLAND COUNTY SHERIFF'S OFFICE
### 101 NE 6th ST
### PO BOX 5000
### COUPEVILLE, WA 98239
### 360.678.4422
https://www.islandcountywa.gov/Sheriff



**INMATE MEDICAL RECORD**

FEB 15 2023

---

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ███ 1974 SEX: M RACE: W
DATE OF CHART: **09/03/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite asking to discuss recovery. IM on 24/6 mg suboxone daily. Provider notified and IM referred to MH and SUD.
S.Taylor Sat Sep 03 09:51:15 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ███ 1974 SEX: M RACE: W
DATE OF CHART: **08/25/2022** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: KITES JAIL staff CHANGED MY MED DOSE TIME WITHOUT PROVIDER PER

IM sent multiple kites requesting Suboxone schedule return to morning instead of 1530. Reverse kite sent to IM stating the
schedule will not be changed back to morning. The Suboxone dosing schedule was changed to 1530, due to jail staffing. IM also
requested medical records and was advised he needs to submit a public disclosure request and will be charged for those
records. Jhorn, RN Thu Aug 25 10:46:01 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ███ 1974 SEX: M RACE: W
DATE OF CHART: **08/19/2022** ENTERED BY: **NORD J**
BP: **154/98** PULSE: **79** TEMP: **99.70*F**
COMPLAINT: **PUNCHED IN FACE**

SPO2 99%
IM was involved in fight in his block, IM was seen in the holding cell, vitals taken as above. IM has dime sized bruising with
visible blood under R eye, also 1 inch scratch above R eye. 1- 0.5 inch scratch visible on front hair line. Eyes PERRLA
bilaterally, states has slight HA, but state he needs his suboxone now, this nurse told him, that he will get that at 3:30 pm
scheduled time. Will continue to monitor.
Jan Nord RNFri Aug 19 12:24:10 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ███ 1974 SEX: M RACE: W
DATE OF CHART: **08/16/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

kite sent requesting gatorade. IM told at med pass gatorade request was denied, IM started multivitimin today. S.Taylor Tue Aug
16 10:07:15 2022

DISCOVERY ATTORNEY AT LAW JOHN E. JUSTICE
ATTORNEY AT LAW
2674 R.W. JOHNSON RD
TUMWATER WA
98512

**INMATE MEDICAL RECORD**

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ___/**1974** SEX: **M** RACE: **W**

DATE OF CHART: **08/12/2022** ENTERED BY: **PUCKETT T**

BP: **0/0** PULSE: **0** TEMP: **0.00*F**

COMPLAINT: **PROVIDER VISIT**

S : Patient seen in clinic at his request via kite. States he needs "A.S.A.P." follow up about Suboxone.
O : T 97.6 F HR 67 BP 153/88 R 18 SP02 99%
A : NAD, Patient states he is still having daily bouts of nausea and claims sleep interruption every night due to drug cravings.
Provider will
allow dose increase x1. No further increase will be permitted. Patient verbalizes understanding of tx plan. Lab results reviewed with patient
at this visit, patient agrees to taking multivitamin with iron daily.
P : Increase dose Buprenorphine 8-2mg take 3 tabs SL daily
    Multivitamin with iron take 1 daily,  Repeat lab CMP in 90 days
V.O. Alta Langdon,ARNP/Tina Puckett,LPN Fri Aug 12 16:34:18 2022

FILED
RECEIVED
FEB 15 2023

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ___/**1974** SEX: **M** RACE: **W**

DATE OF CHART: **08/04/2022** ENTERED BY: **HORN J**

BP: **0/0** PULSE: **0** TEMP: **0.00*F**

COMPLAINT: **PROVIDER COMMUNICATION AND LAB WORK**

IM has been requesting an increase in his Suboxone. IM refused a blood draw because he thought it was "a waste" of his time. This nurse spoke to Alta on the phone and Alta requested that I let IM know her plan. This nurse sent a reverse kite to IM detailing her plan: "The provider is aware of your request to increase Suboxone. The provider is requesting nursing staff to draw labs and place a PPD test to determine if there is any underlying cause for your night sweat complaint. After lab results are received, the provider is willing to meet and discuss if increase in Suboxone is necessary". Jhorn, RN Thu Aug 04 09:09:19 2022

IM sent a kite to nursing stating that he would like to proceed with the lab work as requested by provider: CMP, CBC, TSH and PPD placement. PPD placed in LFA, CMP, CBC, and TSH drawn from RAC using 21Gx3/4 butterfly collection kit. Hand delivered specimen to Whidbey Health. Jhorn, RN Thu Aug 04 17:36:06 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ___/**1974** SEX: **M** RACE: **W**

DATE OF CHART: **07/27/2022** ENTERED BY: **TAYLOR S**

BP: **0/0** PULSE: **0** TEMP: **0.00*F**

COMPLAINT: **KITE * 2**

2 Kites first to have ears cleaned and second to see provider. IM ears cleaned on put on list to see provider.IM informed of this during ear cleaning. S.Taylor Wed Jul 27 10:12:47 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ___/**1974** SEX: **M** RACE: **W**

DATE OF CHART: **07/21/2022** ENTERED BY: **HORN J**

BP: **0/0** PULSE: **0** TEMP: **0.00*F**

COMPLAINT: **LAB DRAW REFUSAL** SHE KEEPS SAYING THERE IS A MAX DOSE thats not true

IM was brought to nursing office for lab draw, per the request of ALta Langdon, ARNP r/t IM report of night sweats. IM frustrated and reports he only wants his Suboxone increased. Per conversation with Ideal Options and Alta Langdon, ARNP, his current dose of 16mg, in a controlled environment, is appropriate. Lab tests and PPD placement ordered to rule out any other causes for night sweats. IM told this nurse he refuses the lab draw and PPD because we are not increasing his dose from 16mg. He reports it is a "waste of my time". This nurse educated IM on the intent of the lab draw to rule out other causes for his symptoms. IM exited office with custody. Provider notified. Jhorn, RN Thu Jul 21 16:08:32 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **9/11/1974** SEX: **M** RACE: **W**

DATE OF CHART: **07/19/2022** ENTERED BY: **HORN J**

BP: **0/0** PULSE: **0** TEMP: **0.00*F**

COMPLAINT: **IDEAL OPTIONS COMMUNICATION**

DISCOVERY TO PARTY ATTORNEY JOHN E. JUSTICE
ATTORNEY AT LAW
2674 R.W. JOHNSON RD
TUMWATER WA
98512

CASE No 2:22-cv-01279-DEF+ TLF DEFENDANT/RESPONDANT PRO SE

**INMATE MEDICAL RECORD**

Pt submitted KITE request for Gatorade to be added to his medication orders. A reverse KITE was given to the Pt that explained that Gatorade is not medically necessary at this time.

Taylor, S.
Wed Mar 09 18:19:23 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **/1974** SEX: **M** RACE: **W**
DATE OF CHART: **03/07/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE** I WAS PRESCRIBED VISTARIL

IM sent kite asking to take vistaril. IM is on hydroxyzine this is the same as vistaril. Reverse kite sent. S.Taylor Mon Mar 07 15:03:34 2022 Not

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **/1974** SEX: **M** RACE: **W**
DATE OF CHART: **03/03/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite requesting night time snake. IM is on Hydroxyzine BID Buprenorphine in am, Tylenol BID PRN and Ibuprofen BID PRN. IM recommend at am med pass to not take ibuprofen HS if he is having an upset stomach at night. S.Taylor Thu Mar 03 09:21:04 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **02/24/2022** ENTERED BY: **PUCKETT T** I WENT to Skagit to get my SCRIpt
BP: **0/0** PULSE: **0** TEMP: **0.00*F** FILLED
COMPLAINT: **READMIT FROM SKAGIT**

Transfer in from Skagit County jail with medications as follows : (1) Hydroxyzine 50mg PO BID (2) Buprenorphine 16mg PO q a.m. (3) Ibuprofen 600mg PO BID (4) Acetaminophen 1000mg PO BID. ROI completed by patient to Skagit today. Tina Puckett,LPN Thu Feb 24 16:56:40 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **/1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/21/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite c/o "migraine headaches each day and my elbow and shoulder pain from the bunk". This nurse responded via reverse kite that ibuprofen and tylenol will be available on the med cart and to make sure he is drinking 8+ cups of water daily. Jhorn, RN Sun Nov 21 09:25:39 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/19/2021** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM kited requesting to dc vegetarian diet. Reverse kite sent reminding IM that once a diet is put in place it will not change for 6 months. S.Taylor Fri Nov 19 08:26:28 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/17/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **TELEHEALTH MEETING WITH ALTA**

IM met with Alta today to discuss IMs desire to start on his suboxone due to his report that he's been taking it for a year. IM was informed that he will not be taking Suboxone while he is incarcerated, but will start on a titration upon release, unless he is transferring to prison. IM upset and stated he will sue and wants to speak to the Department of Health. Alta will contact his provider at Ideal Options to discuss Suboxone. ROI sent to Harborview for records on IM Suboxone use, because IM states he was put on Suboxone for mental health. Jhorn, RN Wed Nov 17 11:49:06 2021

DISCOVERY ATTORNEY JOHN E, JUSTICE
ATTORNEY AT LAW
2674 R.W JOHNSON RD
TUMWATER WA
98512

## INMATE MEDICAL RECORD

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/16/2021** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE** ALTA CUT ME OFF AND DID NOT OFFER WITHDRAW MEDS

IM sent 2 kites requesting suboxone, IM is stating he is with drawling he has been here without suboxone for 19 days as of today. Our provider is attempting to talk with Ideal options. A second ROI sent to Ideal options. S.TaylorTue Nov 16 11:36:28 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/13/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE** IDEAL OPTION'S OPEN MONDAY to THURSDAY

IM sent kite requesting we get his medication out of his backpack "I need my suboxone". "I'm going to file a lawsuit". This nurse called provider to discuss his repeated requests for his suboxone. Alta confirmed we will not be continuing his suboxone while in jail until we get a release date, then we will start a titration until his release. Also, Alta will be calling Ideal Options to notify them of her decision Ideal Options is open M-Th and the number was given to Alta through her work phone to follow up. This message has been relayed to IM via reverse kite. Jhorn ,RN Sat Nov 13 09:37:05 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/11/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE** I SENT MANY KITES IN REFRENCE to MY WITH DRAW

IM sent kite requesting "increase my melatonin please'. and "hot and cold fever all day long", and "I'm having a bad craving for dope". This nurse responded via reverse kite that we will not increase the melatonin and that he will need to have money put on his books in order for us to order more. Encouraged IM to take advantage of rec time and stay awake and active during the day to promote sleep at night. Jhorn, RN Thu Nov 11 14:15:33 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/10/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite "Aspirin Ibuprofen". This nurse responded via reverse kite requesting him to describe his pain and location of pain. Also advised IM that he was placed on the provider's list for next week. Jhorn,RN Wed Nov 10 08:38:52 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/06/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite requesting to be put on the same meds he was taking here in the past. His medication history suggests he was taking Seroquel here in 2018. This nurse sent a revesrse kite informing IM that the provider will not start the Seroquel unless he has been taking it regularly on the outside. If so, he needs to provide medical with his pharmacy information so we can obtain records. Jhorn, RN Sat Nov 06 09:44:53 2021

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: /**1974** SEX: **M** RACE: **W**
DATE OF CHART: **11/01/2021** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite asking about suboxone. IM told at block during HS med pass on 11/1/21 that suboxone will not be started at this time to let us know when he has a release date. IM was also asked why he had strips amd tabs. His reply was because sometimes he does not make it to get his tabs so the strips are back up.S.Taylor Mon Nov 01 12:32:21 2021

DISCOVERY TO ATTORNEY JOHN E JUSTICE

ATTORNEY AT LAW

2674 R.W. JOHNSON RD

tumwater WA 98512

## INMATE MEDICAL RECORD

Call placed to Ideal Options Oak Harbor at 1035 to discuss Parent's desire to increase suboxone from 16mg. Ideal Options team member documented our number and reported that someone would call us back. To be discussed upon callback: Parent is complaining of night sweats and admits childhood trauma. No other symptoms to report. His only complaint was that he wants to increase suboxone. Alta would like to draw labs, and PPD to see if there could be any other cause of the night sweats. Alta wants to know what they think about increasing suboxone, as he is currently taking 16mg in a controlled environment. UPDATE 1110- Spoke with Chloe Nichols, ARNP at Ideal Options. She sgrees with Alta's plan to continue 16mg and draw labs and PPD to see if there's another cause for night sweats. Jhorn, RN Tue Jul 19 10:42:33 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **/1974** SEX: **M** RACE: **W**
DATE OF CHART: **07/18/2022** ENTERED BY: **TAYLOR S**
BP: **137/73** PULSE: **75** TEMP: **97.30*F**
COMPLAINT: **PROVIDER VISIT**

provider saw IM. IM was requesting to increase suboxone, IM is on 16mg/ 4mg suboxone, provider talked with IM about this med and that he is on a therapeutic dose, Provider offered to split med 8/2mg in am and 8/2 mg HS IM refused, IM began to get aggressive and argumentative and visit was ended. S.Taylor MON Jul 18 20:26:43 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **07/11/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite requesting to talk to provider. IM requested to increase suboxone on 5/11/22 and was told he was on a therapeutic dose at that time. No changes at this time. IM placed on provider list IM told at med passS.Taylor Mon Jul 11 17:33:23 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **05/11/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite requesting to increase suboxone to 24mg daily and asking why he was charged five dollars when he did not see the provider.
Reverse kite and copy of kite sent to IM informing IM provider did not order increase in buprenorphine but did order to change to buprenorphine/ naloxone. also IM reminded 5.00 charges are for each visit required by medical. S.Taylor Wed May 11 10:50:40 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **/1974** SEX: **M** RACE: **W**
DATE OF CHART: **04/19/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

Kite sent asking for snacks. Reverse kite sent informing IM a dietitian oversees the menu and there is no medical need for snacks at this time. Commissary is available if you feel you need extra snacks. S.Taylor Tue Apr 19 13:26:08 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: **M** RACE: **W**
DATE OF CHART: **03/15/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

IM sent kite requesting to increase suboxone from 16mg to 24mg. Provider denied request do to IM being at a therapeutic dose, reverse kite sent. S.Taylor Tue Mar 15 11:48:08 2022

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: **1974** SEX: M RACE: **W**
DATE OF CHART: **03/09/2022** ENTERED BY: **TAYLOR S**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **KITE**

DISCOVERY TO ATTORNEY JOHN E. JUSTICE

Attorney At Law
2674 R.W. Johnson Rd
Tumwater WA 48512

| INMATE MEDICAL RECORD |
| --- |

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ████/**1974** SEX: **M** RACE: **W**
DATE OF CHART: **10/30/2021** ENTERED BY: **PUCKETT T**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: ⟨**DECLINED RX BUPRENORPHINE**⟩   I HAD A NEW BOTTLE IN MY PROPERTY

ROI answer by fax from Ideal options with prescription information. Call placed to PCP Alta Lanngdon with no new orders received d/t undetected release time frame. May reconsider at future date. Tina Puckett,LPN⟨Sat Oct 30 14:52:35 2021⟩

INMATE: **PARENT, BRYAN JOHNATHAN** DOB: ████/**1974** SEX: **M** RACE: **W**
DATE OF CHART: **10/28/2021** ENTERED BY: **HORN J**
BP: **0/0** PULSE: **0** TEMP: **0.00*F**
COMPLAINT: **INTAKE**

NOT OPEN ON SAT
REFER to Pg 5-6

UDS + THC, AMP, METH, and MDMA Allergies: NKDA
Inmate is A&O x3 and presents as calm and cooperative. Skin is warm, dry, and intact. Denies suicidal and homicidal ideations at this time. Endorses using Meth. Endorses mild ETOH use "few times a week". Reports smoking 1/2 PPD. Medical history: None reported. Current medications: Reports taking suboxone through Ideal Options in Oak Harbor with Yvette as his provider. No opiates in his system, will not be put on COWS protocol. ROI sent to Ideal Options at 509-491-3031 to confirm if order is current, as our UDS does not have the ability to detect suboxone. Jhorn, RN Thu Oct 28 08:37:25 2021

DISCOVERY TO ATTORNEY JOHN, E, JUSTICE
ATTORNEY AT LAW
2674 R.W. JOHNSON RD.
tumwater WA 98512

CASE No
2:22-CV-01279-DGE-TLF

****** RESIDENT COPY ******

**Receivable Charge**
**Receipt #BC2294**

ISLAND COUNTY JAIL

08/31/2022 12:08:22
ST 055                    | OPR web

**PARENT,**
  BRYAN J

NAME NUMBER :    95874
Date of Birth :    09/11/1974
Location :         J   4   46

2 Med/den Recovry -
              Old Bal    :      $682.75
              Charged    :    + $4.16
              Collected :    - $0.06
              New Bal    :      $686.85
      Comment : ACETAMINOPHEN

Total Collected :              $0.06

Commissary Balance :           $0.  
Debt Balance :                 $744



CASE No
2:22-CV-01279-DGE-TLF

****** RESIDENT COPY ******

**Receivable Charge**
**Receipt #BC877**

ISLAND COUNTY JAIL

03/03/2022 14:27:03
ST 055                    | OPR web

**PARENT,**
  BRYAN J

NAME NUMBER :    95874
Date of Birth :    09/11/1974
Location .         G   2   46

2 Med/den Recovry -
              Old Bal    :      $141.  
              Charged    :    + $67.2  
              Collected :    - $0.52
              New Bal    :      $208.31
      Comment : BUPRENOPHINE

Total Collected :              $0.52

Commissary Balance :           $1.58
Debt Balance :                 $246.62

CASE NO
2:22-CV-01279-DGE-TLF

****** RESIDENT COPY ******

# Receivable Charge
# Receipt #BC1123

ISLAND COUNTY JAIL

04/05/2022 23:09:47
ST 055 | OPR tam

**MESSINA,**
 PATRICIA IRENE

NAME NUMBER :     198449
Date of Birth :     01/14/1985
Location :          B  1  9

2 Med/den Recovry -

|  |  |  |
|---|---|---|
| Old Bal | : | $13.60 |
| Charged | : | + $19.87 |
| Collected | : | - $0.57 |
| New Bal | : | $32.90 |

 Comment : Prazosin

Total Collected :          $0.57

Commissary Balance :       $1.74
Debt Balance :             $32.90

****** RESIDENT COPY ******

# Receivable Charge
# Receipt #BC2389

ISLAND COUNTY JAIL

09/13/2022 07:15:21
ST 055 | OPR web

**PARENT,**
 BRYAN J

NAME NUMBER :     95874
Date of Birth :     09/11/1974
Location :          J  4  46

2 Med/den Recovry -

|  |  |  |
|---|---|---|
| Old Bal | : | $704.04 |
| Charged | : | + $13.46 |
| Collected | : | - $0.04 |
| New Bal | : | $717.46 |

 Comment : IBUPROFEN

Total Collected :          $0.04

Commissary Balance :       $0.12
Debt Balance :             $774.80

CASE NO
2:22-CV-01279-DGE-TLF

****** RESIDENT COPY ******

# Receivable Charge
# Receipt #BC2054

ISLAND COUNTY JAIL

07/28/2022 18:55:02
ST 055 | OPR brk

**PARENT,**
 BRYAN J

NAME NUMBER :     95874
Date of Birth :     09/11/1974
Location :          J  4  46

Haircut -

|  |  |  |
|---|---|---|
| Old Bal | : | $32.52 |
| Charged | : | + $15.00 |
| Collected | : | - $0.11 |
| New Bal | : | $47.41 |

 Comment : 1155

Total Collected :          $0.11

Commissary Balance :       $0.36

CASE NO
2:22-CV-01279-DGE-TLF
DEFENDANT/RESPONDANT
****** RESIDENT COPY ****** PROSE

## Add Money
## Receipt #BD384
### BD385

ISLAND COUNTY JAIL

02/02/2023 15:59:01
ST 056 CD 001                | OPR kespe

**PARENT,**
  BRYAN J

NAME NUMBER :    95874
Date of Birth :    09/11/1974
Location :        G  1  46


Add Amount  : $5.00


Visitor Name  : cheryl ann parent
Cash


Third Party Information:
503 n main st
coupeville, WA 98239


Comment:


Receivable Collections:

---

Haircut –
              Old Bal    :        $62.38
              Collected :       - $1.25
              New Bal    :        $61.13

---

Total Collected :                $1.25


Commissary Balance :             $3.78
Debt Balance :              $1,205.00

---

CASE NO
2:22-CV-01279-DGE-TLF

****** RESIDENT COPY ******

## Receivable Charge
## Receipt #BC1900

ISLAND COUNTY JAIL

07/06/2022 18:30:30
ST 055           |           OPR web

**PARENT,**
  BRYAN J

NAME NUMBER :    95874
Date of Birth :    09/11/1974
Location :        J  4  46


2 Med/den Recovry –
              Old Bal    :        $449.05
              Charged    :       + $4.16
              Collected :       - $0.20
              New Bal    :        $453.01
     Comment : ACETAMINOPHEN

2 Med/den Recovry –
              Old Bal    :        $453.01
              Charged    :       + $17.24
              Collected :       - $0.00
              New Bal    :        $470.25
     Comment : HYDROZYZINE

2 Med/den Recovry –
              Old Bal    :        $470.25
              Charged    :       + $13.46
              Collected :       - $0.00
              New Bal    :        $483.71
     Comment : IBUPROFEN

---

Total Collected :                $0.20


Commissary Balance :             $0.62
Debt Balance :                 $526.16

DEFENDANT/RESPONDANT



BRYAN Parent
INMATE MAIL SERVICE
ISLAND COUNTY CORRECTIONS
AND DETENTION FACILITY
P.O. BOX 5000
COUPEVILLE, WA 98239-5000

LEGAL

FEB 15 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

CLERK UNITED STATES
DISTRICT court
700 Stewart Street
Suite 2310
SEATTLE WA 98101

quadient
FIRST-CLASS MAIL
IMI
$001.08 ℠
02/14/2023 ZIP 98239
043M31222163

US POSTAGE